UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LADON D. MOORE,

        Plaintiff,                                    Case No.  2:15-CV-63

v.                                              Hon. Gordon J. Quist

AMY KLEIN, et al.,

        Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 25, 2016, which recommended that the Court dismiss the action for failure to prosecute.[1]  No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed March 25, 2016 (ECF No. 20) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 18) is GRANTED.  Plaintiff's claims are **dismissed with prejudice.**

**IT IS FURTHER ORDERED** that costs are imposed against Plaintiff in the amount of $88.00.

Dated:  April 18, 2016                                      /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE

---

[1] The Clerk attempted to serve Plaintiff with the Report and Recommendation at the address on file, but it was returned as undeliverable.  A plaintiff's failure to keep the Court apprised of a current address is grounds for dismissal. W.D. Mich. L. Civ. R. 41.